**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　:　No. 5 MAL 2021
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Respondent　　　　　:
　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　:　from the Order of the Superior Court
　　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
MEGAN BENNIS,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Petitioner　　　　　:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.